IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NATHANIEL BRACY d/b/a THE TOY BOX and GULF COAST AMUSEMENT SERVICES, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL NO. 1:16-cv-00434-CG-M |
| THE CITY OF PRICHARD, ALABAMA, A MUNICIPAL CORPORATION, | ) ) ) ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

In accordance with the Order entered this date granting summary judgment in favor of Defendant, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiffs' claims against the defendant are hereby **DISMISSED WITH PREJUDICE**

**DONE and ORDERED** this 9th day of November, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE